UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Julia Thompson a/k/a Julia Penamon, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>Dynamic Recovery Solutions LLC, Pendrick Capital Partners, LLC, and John Does 1-25,<br><br>       Defendant. | CASE NO. 2:19-cv-12292-SDW-SCM |

**FINAL ORDER OF DISMISSAL**

      **THIS CAUSE**, having come before the Court on the Parties Joint Stipulation of Dismissal with Prejudice, it is

      **ORDERED AND ADJUDGED** that the Joint Stipulation for Dismissal with Prejudice is **GRANTED,** and the case is dismissed with each side to bear its own fees and costs.

      **DONE AND ORDERED** this 7th of April 2020.

                                       *s/ Susan D. Wigenton*
                                       UNITED STATES DISTRICT JUDGE

*cc: counsel of record*